```
 1  Nancy K. McCombs
    Attorney at Law
 2  12 Geary Street, Suite #201
    San Francisco, California 94108
 3  Telephone:  (415) 678-2626

 4  Attorney for Plaintiff

 5
                        UNITED STATES DISTRICT COURT
 6
                       NORTHERN DISTRICT OF CALIFORNIA
 7
                            SAN FRANCISCO DIVISION
 8

 9

10  TERRY WRIGHT,

11            Plaintiff,           ) Case No.: 4:07-cv-04220-WDB
                                   ) STIPULATION EXTENDING TIME TO FILE
12       v.                        ) MOTION FOR SUMMARY JUDGMENT OR REMAND
                                   )
13  MICHAEL J. ASTRUE,             )
    Commissioner of                )
14  Social Security,               )
                                   )
15            Defendant            )
                                   )
16  _____)

17

18       The parties stipulate that plaintiff shall have an additional sixty

19  days, to and including February 24, 2008, in which to move for summary

20  judgment or remand.

21  //

22  //

23  //

24  //

25
```

```
1  DATED:        12/3/2007         By:           /s/
2                                        NANCY K. MCCOMBS,
                                         Attorney for Plaintiff
3

4
   DATED:        12/3/2007         By:           /s/
5                                        Leo Rufino Montenegro,
                                         Attorney for Defendant
6

7
   IT IS SO ORDERED.
8
   DATED:   12-10-07               By:   /s/ Wayne D. Brazil
9                                        Wayne D. Brazil,
                                         Magistrate Judge
```